# EXHIBIT 1 (warning the following image is graphic showing an amputated thumb)

