IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Mustafa Awad, *Plaintiff*, v. Liberty Energy Inc., *Defendant*. | Civil Action No. 1:25-cv-00190-SMD-KRS |

## ORDER GRANTING EXTENSION OF DEADLINES

Finding good cause, the Court grants the Joint Motion to Extend Expert Designation Deadlines, Doc. 35, and enters the following new deadlines:

1. Plaintiff's Federal Rule 26(a)(2) expert designation deadline due by **October 20, 2025.**

2. Defendant's Federal Rule 26(a)(2) expert designation deadline due by **November 20, 2025.**

3. Expert Discovery to be completed by **December 19, 2025**.

4. Dispositive Motions due by **January 20, 2026**.

IT IS SO ORDERED this 19th day of August, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

Submitted and Approved by:

**WEEMS HAZEN LAW**

<u>/s/ Dathan Weems</u>
Dathan L. Weems
106 Wellesley Dr SE
Albuquerque, NM 87106
Phone: (505) 247-4700
dathan@weemshazenlaw.com

**DOYLE DENNIS LLP**

_____
MICHAEL PATRICK DOYLE
Texas Bar No. 06095650
*Pro Hac Vice*
PATRICK M. DENNIS
Texas Bar No. 24045777
*Pro Hac Vice*
3401 Allen Parkway, Suite 100
Houston, Texas 77019
Phone: 713.571.1146
Fax:   713.571.1148
service@doylelawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**PRIEST & MILLER, LLP**

<u>/s/ Mark W. Allen</u>
Ada B. Priest
Mark W. Allen
6100 Uptown Blvd. NE, Suite 620
Albuquerque, New Mexico 87110
(505) 349-2300
Ada@PriestMillerLaw.com
Mark@PriestMillerLaw.com
*Attorneys for Defendant Liberty Energy, Inc.*